

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2019

No. 04-19-00385-CR

Gustavo **CUELLAR,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6255
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's brief is currently due on December 2, 2019. On November 19, 2019, appellant filed "Appellant's Unopposed Motion to Abate Briefing Schedule," requesting we abate the appellate timeline because the reporter's record of an October 10, 2018 hearing on appellant's motion to suppress has not been filed in this court.

In the November 19, 2019 motion, appellant's attorney explained that Kelly Grossman, the court reporter who recorded the trial proceedings, told him that her calendar showed she did not record any pretrial hearings in this case. However, while reviewing the record filed by Ms. Grossman, appellant's attorney found references to "a full hearing" on appellant's motion to suppress that occurred on October 18, 2018. When appellant's attorney contacted Ms. Grossman, she again indicated that she did not have any record of a motion to suppress hearing. She explained, however, that another court reporter, Tami Wolff, may have recorded the October 10, 2018 hearing. Appellant's attorney contends that he has tried to contact Ms. Wolff, but had not been able to reach her as of November 19, 2019.

Because it appears that the appellate record is not complete, we ORDER all appellate deadlines suspended until further order of this court. We further ORDER the court reporter, Tami Wolff, to file a reporter's record of the October 10, 2018 motion to suppress hearing by **December 23, 2019**. If there is no record, the court reporter is ordered to file a declaration stating no record was taken. Appellant's brief will be due 30 days after the reporter's record or declaration is filed.

_____
Beth Watkins, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court